UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN TRACY, *individually, and on behalf of others similarly situated*,

Plaintiff,

- against -

METLIFE GROUP, INC. a New York Company,

Defendant.

25-CV-9104 (JLR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Defendant's request to depose the two named plaintiffs in this wage-and-hour case, "so that their testimony is available to oppose Plaintiffs' conditional certification motion under the FLSA." (Dkt. 42 at 1.) Plaintiffs oppose the request. (Dkt. 43.) The application is DENIED. No Rule 26(f) conference has taken place, as it has been deferred pending determination of conditional certification. More importantly, the motion for collective certification is already fully briefed; Defendants' request to take depositions and supplement its opposition is dated more than three weeks after Plaintiffs filed their reply. Moreover, for conditional certification motions, courts do not make witness credibility determinations or resolve fact disputes, and the current record is sufficient for the Court to decide the fully-briefed motion. Although deposition testimony may be relevant to and properly considered for a conditional certification motion, the discovery requested in this instance at this time is not warranted. To the extent not addressed by the foregoing, the Court has considered the parties' arguments and finds them to be either moot or without merit.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 42.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 20, 2026
New York, New York

Copies transmitted this date to all counsel of record.